


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

NOV 1 0 2021

PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

RUSSELL CORNELIUS MCGEE,

    *Defendant.*

SEALED

Case No. **CR 21-361 RAW**

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FAILURE TO REGISTER AS SEX OFFENDER**
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B) & 2250(a)(3)]

From on or about June 17, 2021, until on or about October 28, 2021, in the Eastern District of Oklahoma, and elsewhere, the defendant, **RUSSELL CORNELIUS MCGEE**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the State of Oklahoma on or about October 17, 2019, for Possession of Child Pornography, entered, left, and resided in Indian Country and knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B) and 2250(a)(3).

CHRISTOPHER J. WILSON
Acting United States Attorney

*/s/ Hannah Jones*

HANNAH JONES, IBA #32026-49
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY